**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JUDY BARTLETT                                                         Plaintiff

v.                              4:03CV01006 GTE

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                              Defendant

### ORDER

The Commissioner filed her answer and a transcript of the proceedings below on December 1, 2005.  (Docket #12)  On January 3, 2006, the Court entered an Order directing Plaintiff to file her appeal brief no later than February 14, 2006, with Defendant's brief to be filed 42 days after service of Plaintiff's brief.  (Docket #13)  On March 13, Plaintiff filed a significantly belated motion for extension of time to file her brief.  That extension of time was granted until April 30, 2006.  (Docket #16)  Although that allowed time passed, Plaintiff still did not file her brief, request an extension of time within which to do so, or otherwise respond to the Court's Order.

By an Order filed July 11, 2006, the Court granted Plaintiff an additional thirty days within which to file her brief.  That Order specifically cautioned Plaintiff:

> **If Plaintiff does not comply with this Order, the case may be subject to dismissal for failure to comply with the Court's orders and for failure to prosecute, and Plaintiff's counsel may be required to show cause why he should not be held in contempt of court.**

The allowed thirty days, and more, have passed. Plaintiff still

has not filed her brief or requested additional time to do so or otherwise responded to the Court's Order of July 11, 2006.

THEREFORE, this case is hereby dismissed without prejudice for failure to prosecute and failure to comply with the Court's Orders.

IT IS SO ORDERED.

DATED this <u>21st</u> day of September, 2006.

                                   <u>/s/ Garnett Thomas Eisele</u>
                                   UNITED STATES DISTRICT JUDGE