**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


JUDY BARTLETT                                                                    Plaintiff

v.                                         4:03CV01006 GTE

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                                         Defendant

### **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this <u>21st</u> day of September, 2006.


                                                /s/ Garnett Thomas Eisele
                                              UNITED STATES DISTRICT JUDGE